# DECLARATION OF HAIDER AL-SAEDY

I, Haider Al-Saedy, declare:

The facts stated in this declaration are based upon my personal knowledge and if called to testify I could and would do so competently as follows:

1. I am the next friend of Petitioner Numan Al-Kaby in the petition seeking a writ of habeas corpus releasing Mr. Al-Kaby from detention. Numan is my first cousin, and his father and my mother are brother and sister. I am Numan's closest relative in the United States.

2. I am a permanent resident of the United States, and an applicant for United States citizenship. I came to this country in 1997, after getting asylum for fleeing from Iraq as a refugee. I live in Kalamazoo, Michigan, where I have lived since 2001. I work on the assembly line for a company that manufactures hospital beds, and I study Maintenance Mechanics at Kalamazoo Valley Community College.

3. I was born in 1970 in Iraq, and my family lived in the city of Basra. My cousin Numan's family also lived in Basra, about twenty minutes away. As I was growing up, my family and Numan's family would see each other often. Numan is four years older than me, and he and his brother Radwan, who was close to my age, all played together as young boys.

## Fleeing From Iraq As Refugees

4. My family and Numan's family, which are Shiite, were always against the government of Saddam Hussein because it was cruel and tortured people. My father was very open about his hatred of Saddam, and he spoke his mind in front of other people. As a result, our family was harassed a lot by Saddam's soldiers. The soldiers under Saddam harassed people who did not agree with the government by breaking into their homes while armed with guns, in order to terrify people. This also happened to our family when I was growing up.

1

5.  My family also opposed the Iran-Iraq war that Saddam waged in the 1980s, and the government's participation in the war. We have suffered a lot because of Saddam. My eldest brother Salah ran away from Iraq because he did not want to serve in Saddam's army, which almost all young men were expected to do. That was about twenty years ago, and no one in the family has heard from him since. It was also common for Saddam's government to kill people who refused to serve in the Army or who opposed Saddam. The Army took away my sister's husband, for example, because he opposed the government, and he later died while in custody. When the family received his remains, we saw that his body had been burned.

6.  In 1991, during the Persian Gulf War, soldiers deserted from many units in Saddam's army. After Saddam was defeated in Kuwait, the government put a lot of pressure on people to serve in the army or go back to the army if they had left, so that it would grow again. The government also shot and killed soldiers who had deserted and who did not want to return.

7.  At the end of the Persian Gulf War, in 1991, there was a huge uprising against Saddam. The uprising was based in southern Iraq, in the Shiite areas. The Shiite resistance had waited for a long time, and because Saddam's army was weak after the defeat in Kuwait, it was a good time for the uprising to try and defeat Saddam. Saddam called in his army to southern Iraq to put down the uprising, and there was intense fighting. In Basra, where there is a big Shiite population, the uprising was very strong, and the government suspected all Shiite people of being in the resistance. I had helped with the resistance, and I thought I would be killed or forced to serve in Saddam's army, so I knew my life was not safe. I left Basra and went to the marshes, another area of Iraq, for a short while because I did not want to serve in the army. When I came back to Basra, the army was questioning and searching almost everyone, and it still was not safe.

8.  Because the political situation was so bad, especially for young Shiite men like me who did not want to serve in Saddam's army, I left Iraq in May 1991. I got a ride to the

Kuwait border, where I turned myself over to American soldiers and told them that I had to leave the country because I was scared for my life. The soldiers took me to a refugee camp near Rafha, Saudi Arabia, where I stayed for the next seven years.

9. There were about 30,000 Iraqi refugees in the refugee camps at Rafha. The camp I was in had bunks of about two to three hundred people each at first, which were isolated from each other by fences and guards. After a few months, the refugees were allowed to visit people in other bunks, and it was during those visits that I saw my cousin Numan.

10. Numan told me that he had also left Iraq in 1991. He had been a soldier in Saddam's army, and he had left his unit during the Persian Gulf War and did not want to return. He was afraid that he would be found by the army and killed. At the time of the uprising against Saddam, people who refused to serve in the Army were being killed. Numan left Iraq because his life was in danger.

11. Numan and I lived together in the same bunk in the refugee camp for almost four years. We became very good friends. Numan liked plays and theater, and in the camps we put on plays about life in Iraq, the problems of refugees, and so on. Numan wrote two of the plays, and he got me interested in putting on the plays with him.

12. In or about 1994, some people in the refugee camp got refugee visas to the United States or to Europe. After a few months of interviews at the camp, Numan got a U.S. visa and left the camp to go to the United States. I stayed at the refugee camp for three more years. In June 1997, I also got a visa and came to the United States.

**Numan and Haider In the United States**

13. When Numan came to the United States in late 1994, he lived with his distant cousin Salaam in Rockford, Illinois and worked at a factory. At that time, he spoke very little English. After some time, Numan and Salaam moved to Salt Lake City, Utah. In Salt Lake City,

3

Numan worked at an eatery in the airport that baked and sold cinnamon rolls. When I came to the United States, I moved in with Numan in Salt Lake City, and he helped me get a job at the same eatery, baking cinnamon rolls. I also took classes for my GED.

14. Numan and I had a good time in Salt Lake City because we reunited after three years. Working together, we became close friends again. After a few months in Utah, I moved to South Bend, Indiana, and I got a job at a factory making slides for dresser drawers. In the fall of 1999, Numan also came to Indiana and moved in with me. He had gotten married in Utah, and his wife moved with him. I helped Numan get a job at the factory where I worked.

15. Numan got laid off from that job, so he went to Chicago for a few months to study dye-setting. He came back to South Bend and worked in restaurants. He looked for a dye-setter job but could not find one. He and his wife separated, and sometime in 2001, they divorced.

16. Numan met a woman named Dawn in Kalamazoo, Michigan, whom he started dating, and he moved to Kalamazoo. I had always wanted to open a small restaurant, and Numan told me that I should move to Kalamazoo so that we could open a restaurant together there. In late 2001, I moved to Kalamazoo. Numan and I found a small restaurant in downtown Kalamazoo that we bought. We called it "Ali Baba's," and we served Middle Eastern food. Later, we bought another small restaurant where we also served Middle Eastern food and had a hookah lounge. Later, Numan took over the hookah lounge and I took over the downtown restaurant, which I renamed the "State Diner."

17. Numan and I worked together operating these two restaurants for almost three years. At my restaurant, I was the head chef, and Numan did everything from washing dishes to cooking to taking and filling orders. When we had two restaurants, we still worked together and helped each other. We also lived together and stayed good friends.

18. When the Iraq war started in 2002, Numan really supported it. He hated Saddam and thought that we should do whatever we could to bring down Saddam. I remember once there was an anti-Iraq-war protest where people were marching down the street outside our restaurant in Kalamazoo. Numan sprang up from his chair, went outside, and started telling the protestors that he was Iraqi and he supported the war because we had to get rid of Saddam because he is a cruel dictator. I was a little embarrassed by Numan's outburst, and I told him that he should let the people protest, but he wanted to tell people how important it was to get rid of Saddam.

19. In 2003, Numan applied for U.S. citizenship, and I also applied a few months later. Both of us are still in the process of getting our citizenship.

**Numan's Trip to Iraq**

20. In the summer of 2004, we sold the restaurants because we were working long hours without making profit. I got another factory job in Kalamazoo. Numan had no job for a while, and then he decided to go to Iraq. He had been talking about going to Iraq for a while – he thought that since Saddam was gone, it would finally be safe for him to go. He had not been back to Iraq because it was not safe, but he wanted very much to see his family after all these years. I didn't know that he was serious about it until one day last summer when Numan called me and said that he was flying out to Iraq and had bought a plane ticket already. It was typical of Numan to make a decision like this very quickly because he can be kind of impulsive.

21. When he left for Iraq, Numan really had no plan to have a job or a business there. What was most important to him was to see his family after almost fifteen years, and now that Saddam was finally gone he felt safe going back. A lot of Iraqi refugees like Numan and me have gone back to Iraq, and most of them have come back to the U.S. after a long visit.

22. After Numan went to Iraq last year, I emailed him a few times. He sent me short emails saying that he was fine and that his family was fine. I talked to him on the phone a few

months ago. He had gotten re-married in Iraq. He said he had opened a small shop carrying women's beauty products, but it had not been successful so he closed the shop. I think he translated for the U.S. military for a short time, and then he started working for an American company that did construction work. He said he liked that construction job a lot.

23.   I have talked with my cousin Eman, who is Numan's younger sister. Eman and her husband Waleed live in Baghdad, and they have been close with Numan since he went to Iraq last year. Eman told me that before his arrest, when Numan was working for this American construction company, he worked as a foreman on a project building water pipes. She said that the American company also owned restaurants in the same area where he worked, and that Numan had helped people from his local neighborhood get jobs in the restaurant and in construction with the same company. People knew that Numan spoke English and had lived in America, so they asked for his help, and he had helped them by finding jobs for them.

24.   Eman also said that Numan had helped people in the local community using his knowledge of English and of Americans. She said that in the area of Al-Haswah, a big water pipe had broken earlier this year, no one was able to get it fixed, and thousands of families in the area had no clean drinking water. Everyone was very upset about it, and Numan took it upon himself to try to help. He visited all the American offices he could find and talked to people in administrative positions to get help. Finally he convinced the Americans to get people to install a new water pipe. After that, the drinking water was very clean once again, and the community was grateful to Numan for his efforts. Eman also said that Numan wanted to build a park in the area for children. He was trying to figure out ways to help the rebuilding of his country, even in small ways, using his English skills.

25.   Eman also said that Numan helped other people get jobs at the American company where he worked. The company owned a restaurant in the area where Numan worked,

6

so he got people jobs as cooks, and in construction, with the same company. He knew that people desperately needed jobs, so he reached out to help people when he could.

26. I call my parents and siblings in Basra pretty often. In April 2005, when I called my family, they told me that Numan had been arrested and put in jail in Iraq. My family had heard about this from Numan's family, and they said that no one knew where he was, or how to help him, or when he would be out. My family thought that the U.S. military suspected him of having something to do with terrorists, but we all knew that this was impossible. Since his arrest, I keep asking my family in Iraq if they have heard from Numan. They still have not heard from him, as far as I know, he is still in jail.

27. According to my cousin Eman, the family found out about the arrest from a distant cousin who also worked at the place where Numan worked. The cousin had seen the arrest and had asked the American soldiers why they were arresting Numan, but they did not answer him. No one in the family knew where Numan was taken. After his arrest, Eman's husband and brothers-in-law went to visit the head manager of the American company where Numan worked. They asked the head manager where Numan was, why he had been arrested, and when he would be out. The head manager said that he did not have any information, but he knew that Numan was a good employee and an innocent guy, so he would be out soon. Eman's husband went to the head manager again and again, but he did not get any more information.

28. Eman says that the family there is worried sick about Numan. My parents tell me the same thing. Other than two letters delivered through the Red Cross and a couple of short phone calls from Numan since his arrest, his family members in Iraq have not heard any information about him. According to Eman, in his letters Numan said that he is innocent, that he doesn't know why he is still in jail, and that he knows that God is watching over him and that he will be out soon.

29. I have lived with Numan for seven years in the U.S., and for almost four years in the refugee camp, and I know him like a brother. I know that Numan would never harm anyone, much less get involved with terrorists. Numan is a very nice and very naïve person, almost too nice. He never talks bad about people or hurts their feelings. He is such a pacifist that he wouldn't even hurt a chicken. He would never try to hurt other people – it's just not his nature.

30. Numan is a quiet guy. He likes to read books and hear about politics. He watches the news all the time, and he's always reading newspapers. He likes to read romance stories too. When he was not working, Numan was usually reading or watching the news. He is the last person to get involved in anything dangerous. Numan was so happy when the American soldiers got rid of Saddam, so he would never do anything against the Americans in Iraq.

31. All of Numan's brothers and sisters and his parents are in Iraq. Numan went to Iraq last year because he wanted to see his family again. He wanted to see Iraq get rebuilt, now that Saddam was finally gone. There is no way that Numan would be involved in anything that would harm other people, and he would never get involved with the insurgents. He is very patriotic about Iraq and wants to see the country improve with American help.

32. I am very worried about Numan. I hope that he is okay, and I hope that he is out of detention very soon. Numan is a very peaceful, gentle guy, and I know that he would never try to harm anyone.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30 day of August 2005 in Washington, DC.

_____
Haider Al-Saedy