## DECLARATION OF DAWN BOUAOUAD

I, Dawn Bouaouad, hereby declare:

I make this declaration based on my personal knowledge and if called to testify, I could and would do so competently as follows:

1. I am a United States citizen and a resident of Kalamazoo, Michigan. I have lived and worked in Kalamazoo for the past twenty years.

2. I am a psychologist, and I have a Masters Degree in Psychology from Western Michigan University. I currently work as a psychologist for InterAct of Michigan, Inc., an agency that provides community-based services and treatment for persons with mental illness and other disabilities. I have worked here for six months, and I treat people who are self-mutilators or who attempt to commit suicide. Prior to this job, I worked for a year as a Case Manager with Hope Networks, another agency that provides treatment and rehabilitation services to the mentally ill and developmentally disabled. Prior to that, I worked for five years as a Case Manager for Kalamazoo County.

3. I have known Numan Al-Kaby since about October 2001. I met Numan, who goes by the nickname "Ali Baba," through an internet chat room. At the time, I lived in Kalamazoo and Numan lived in South Bend, Indiana. We became good friends and started dating. In approximately November 2001, Numan moved to Kalamazoo to be with me. He moved in with me, and we lived together for approximately a year. Our relationship ended after a year, but we remained friends after that. Numan and I were in periodic contact as friends until he left for Iraq in the summer of 2004.

4. In December 2001, Numan and his cousin Haider opened a restaurant in Kalamazoo called Ali Baba's Arabian Café. They worked together there, and a few months later, they opened up another place called Ali Baba's Hookah Lounge. Occasionally, I would

1

help them out with their restaurants, for example by helping them figure out which state office to contact and which forms to fill out for their taxes. Since they didn't speak the best English, they were challenged at times in their business activities, so I helped them.

5. A few months after Numan and Haider had opened both restaurants, they decided that one of them should be in charge of one place, and the other should be in charge of the other place. So Haider took over the Ali Baba Arabian Café and renamed it the State Diner, and Numan took over the Ali Baba Hookah Lounge.

6. Sometime in 2003, Numan applied for U.S. citizenship. I helped him fill out the forms, and he submitted them. At some later point, Numan closed the Hookah Lounge, although I can't recall exactly when. Haider closed the State Diner in 2004. After his Hookah Lounge closed down, Numan went to Iraq.

7. In the course of our friendship, Numan told me about his experience as a refugee from Iraq. He had grown up in Iraq during the regime of Saddam Hussein, and he felt strongly that the regime of Saddam Hussein was terrible because it did not allow people to have basic freedoms. According to Numan, it was a military regime in which people lived in fear, and he thought that Iraq would be better once the country get rid of Saddam. Numan had himself been in Saddam's army, so he knew about this firsthand. He saw that Saddam's dictatorship had been terrible, and he felt that Iraq had a lot of potential if it was governed properly. He wanted more opportunities for Iraqis.

8. Numan was very committed to doing what he could for Iraq. He loved Iraq and saw a lot of value in the country and its people. After the Iran-Iraq war, during which he served in the Iraqi army, and then the Persian Gulf War, he and his peers were very anxious to bring about the end of Saddam's regime. He joined in the Shiite uprising against Saddam in 1991, and he did that knowing that he would probably die. When the Shiites realized that the U.S. had

2

pulled out and they would be annihilated by Saddam's army, he went to the U.N. and sought refuge. He was in a refugee camp in the Saudi Arabian desert for a number of years, as a result. Numan gave up his life and his family to see his country have better opportunities, and he never regretted the decisions he had made because he said it had to be done.

9.  Numan left Iraq just after the Persian Gulf War because his life was in danger. After the Shiite uprising against Saddam failed, he thought he would be killed if he did not leave. It hurt him very deeply that he had to leave his family, and he had no contact with them for almost thirteen years. He talked about how much he missed his family and wondered how they were doing.

10.  Sometime last year, Numan told me that he was going to Iraq for the first time after leaving there. He thought that the U.S. forces had a strong foothold there, and it was finally safe enough to go back. He missed his family terribly and wanted very much to see them, and he could not contact them during Saddam's regime. He wanted them to know that he was okay and vice versa. Maybe he also wanted to be part of getting Iraq back on its feet because it was his home country.

11.  I remember that Numan had a slight delay in going to Iraq because his refugee passport had expired. He had to reapply to the U.S. government for a new refugee passport, and that took a few weeks. He didn't have a plan for what to do once he got to Iraq. He was a very "in the moment" type of person. He was planning to play it by ear, and he said he wanted to see his family and see if he could help the U.S. government in Iraq.

12.  Numan always supported the U.S. effort to remove Saddam Hussein from power. In 2002, Numan was very open about the fact that he supported the U.S. invasion of Iraq. He gave speeches on the Iraq invasion during an open-mic night at the Hookah Lounge and at a local coffee bar, and answered people's questions about growing up in Iraq. He told people that

3

as a person who was forced to leave Iraq, he knew how scared people were under Saddam, and that the U.S. invasion was a positive step to get Saddam out.

13. Around the time of the 2002 invasion, Numan also gave interviews to Channel 3, a local news station, and a newspaper called Kalamazoo Gazette, saying why the Iraq invasion was a good thing for Iraqis. He vehemently supported the invasion, and he argued with people who disagreed, saying that he knew personally because he was from Iraq.

14. After the U.S. invasion of Iraq, Numan tried to find a way to help the American government rebuild Iraq. He went to a local military recruitment office in Kalamazoo and tried to join the U.S. military, so that he could help the U.S. war effort in Iraq. He told me that he talked to recruiters, but they had rejected him as being too old. Then, at one point, he told me that he was trying to join the National Guard. After he had been rejected by the military, he said that he might try to find other ways to help the Americans once he got to Iraq, since he speaks both English and Arabic.

15. Even before the invasion of Iraq, Numan was trying to help the U.S. government to get Saddam out of power. At one point, he voluntarily contacted the FBI and gave them information on Iraq. After seeing something on TV about Iraq, he said that he had information on the Iraqi army that he wanted to give to the U.S. government. He called the FBI, and they met with him in South Bend and in Kalamazoo on several occasions. He gave the FBI information about a missing fighter pilot from the 1991 Gulf war. He said he had this information because he used to be in the Iraqi army. Also, he had worked on Iraqi military bases that were not publicly known to exist, so he told the FBI about that.

16. His relationship with the FBI lasted for a while. Once, FBI agents came to his Hookah Lounge and spoke to him. In the summer of 2002, Numan told me that the FBI gave

him a polygraph test to make sure that everything he told them was truthful. After the test, the FBI kept talking to him.

17. During his time in the United States, Numan never did anything that smacked of anti-American sentiment. In fact, it was the complete opposite. He fully supported the American effort to invade Iraq and remove Saddam from power. Given his own experiences opposing Saddam, he always viewed America as being on his side and supporting his people.

18. I have been informed that Numan is in detention in Iraq on suspicions on being involved with an attack on American soldiers. I am sure that he is innocent and that he was not involved with this kind of activity. Numan is a very kind person who tries very hard to be good to people, and he would never do anything to hurt American soldiers in Iraq. He supported the U.S. mission in Iraq, and indeed wanted to participate in it. He would never get involved with people trying to destabilize Iraq because he wanted the ouster of Saddam to lead to a better tomorrow for Iraq. He really stuck his neck out by going to the FBI to help our government wage war on Saddam. I know that he wouldn't do anything to jeopardize Iraq or the American soldiers who are over there.

19. Given my close friendship with him, I know Numan well, and I can say with certainty that he would not do anything to harm anyone. I hope that he comes out of jail quickly.

I swear under penalty of perjury under the laws of the United States that the foregoing is true. Executed this 29th day of August 2005 in Kalamazoo, Michigan.

_____
Dawn Bouaouad
8/29/05