## DECLARATION OF SABAH AL-UBAIDY

I, Sabah Al-Ubaidy, hereby declare:

1. I was born in Nazareya, Iraq and am a citizen of the United States. I am forty years old, and I reside in Kalamazoo, Michigan. I came to the United States in 1994 as a refugee from Iraq. I suffer from medical problems including a back injury, high blood pressure, and bad muscle pain, so I am not working regularly right now.

2. I am a good friend of Numan Al-Kaby, and I know Numan and his cousin, Haider Al-Saedy, very well. After knowing Numan for years, I know that he would never do anything dangerous or be involved with any criminals.

3. I am Shiite, and in my community, we all opposed the government of Saddam Hussein. Saddam was a terrible dictator who killed or tortured everyone who opposed him. As Shiites, we did not have the freedom to practice our religion under Saddam. I was forced to serve in Saddam's army, like most young men in Iraq.

4. In 1991, after the Persian Gulf war, there was a big Shiite uprising against the government of Saddam Hussein in southern Iraq. I participated in the uprising to fight against Saddam. The Shiite groups had been waiting for the moment when Saddam was weak, and after his loss in Kuwait, we thought it was the perfect time to try to remove him from power. The uprising failed, however, because we did not get enough outside help, and Saddam's army bombed everything and used missiles and other weapons to fight back. After the uprising, it became very dangerous for young Shiite men in the south because Saddam's government was killing anyone who participated in the uprising. I knew that my life was in danger, so I fled from Iraq. I turned myself over to American soldiers and sought refuge outside the country.

4. From Iraq, I was transported to a refugee camp in Saudi Arabia. First I was in a camp called Artawiyya for about a year, then in a camp called Rafha for two years. In the

1

camps, there was not much to do so the refugees met each other, mingled, and talked. I first met Numan and Haider as acquaintances in the Artawiyya camp.

5. It was not until years later that I became close friends with Numan and his cousin Haider. In 1994, after I had been in the refugee camps for three years, I got a refugee visa to the United States and moved to Phoenix, Arizona. In 1995, I moved from Phoenix to South Bend, Indiana, where I had some Iraqi-American friends. It was there that I got in touch again with Numan and Haider.

6. In 1998, I saw Haider at another Iraqi friend's house, and we became reacquainted. Within a couple of months, Numan also moved to Indiana from Salt Lake City, where they had both been living, and I got to know him also.

7. Numan, Haider, and I worked together for about a year, in a factory that made aluminum. We ate lunch together every day, worked together all day long, and routinely saw each other on weekends. During this time we all became good friends. Even after we stopped working together in the same factory, we remained good friends, and we continued to share meals and see each other frequently.

8. In 2001, Numan moved to Kalamazoo because he had a girlfriend there. Haider followed him soon thereafter. They opened up a restaurant and worked together. About two and a half years ago, I also moved to Kalamazoo, since they were both there. Since I moved to Kalamazoo, Numan and Haider and I have remained good friends.

9. After the U.S. invasion of Iraq in 2002, when Saddam was finally removed from power, we were all very happy. I remember the day that Saddam was captured, Numan and Haider and I all hugged each other and were happy. It was like a celebration because finally the Iraqis were free of him.

10. After Saddam was out of power, Numan told us that he wanted to go back to Iraq. He wanted to see his family again and find some way to help the Americans, since the country was getting rebuilt. He also wanted to help the family of an American pilot who had disappeared in Iraq during the 1991 Persian Gulf war. He had been in touch with the family's attorney for a long time because he said he had some information about the pilot from his days of being in the Iraqi army. He had found out from a TV show or a newspaper that the pilot's family in Florida was searching for the missing pilot. Numan tried to help by giving the information that he had to the pilot's family and to the American government. Although I don't know the details, I think he was planning to help them more once he got to Iraq.

11. I know Numan very well after all these years. I have heard that he was accused of helping some people attack a U.S. base in Iraq because he did not come to work one day. After knowing Numan as well as I do, I think there is no way he would ever help people who are terrorists or criminals. If Numan did not show up to work one day, that would not surprise me. I remember from when I worked with him, and from his work habits, that he sometimes got lazy and did not show up for work because he liked his free time, but he would never harm anyone.

12. I know that Numan would never be involved with terrorists, or any people who are against the U.S. or the new Iraqi government. Like the other Iraqi Shiite refugees from the South, Numan, Haider and I left Iraq because we fought Saddam and we hated him. Saddam treated people like animals, and we Shiites fought for years and years to try to get Saddam out of power. After all that struggle, we are very happy that Saddam is gone, and we think of Iraq as much better now. No one was safe under Saddam, so this is a new day. Guys like us who are Shiite from the South do not deal with terrorists. As a Shiite refugee from the South, Numan

would never help a terrorist – he knows that all those people are criminals who want to destroy, not build Iraq. The Shiites have supported the U.S. military in Iraq because we hated Saddam Hussein. Getting him out was our dream come true. Numan went to Iraq only to be with his family, find a job, and get married.

13. Numan would never get involved with violence or with bad characters. He is friendly, he makes jokes, he never says anything rude. He likes to read the newspaper, watch the news, and talk to people. He graduated from college in Iraq and wanted to be a playwright. He wrote stories which were very good, and he likes to write plays. After knowing him very well for many years, I know he is not dangerous and that he is innocent.

14. I have heard that Numan is in jail in Iraq. I hope that he gets out very quickly. I know that he is a good person and would never cause anybody harm.

I declare under penalty of perjury under the laws of the United States and the laws of the state of California that the foregoing is true and correct. Executed this 25 day of August 2005 in Kalamazoo, Michigan.

*SABAH AL UBAIDY*

Sabah Al-Ubaidy