IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | No. 05-cv- |

**MOTION FOR AN ORDER TO SHOW CAUSE**
**WHY A WRIT OF HABEAS CORPUS SHOULD NOT ISSUE**
**AND**
**APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

1.    Pursuant to 28 U.S.C. § 2243, Petitioners move this Court to issue an order to show cause directing the Respondents to show within three days why the writ of habeas corpus should not be granted.

2.    Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Petitioners apply to this Court for a Temporary Restraining Order:

(a) allowing counsel for Petitioners to immediately meet and confer with Numan Al-Kaby, in private and unmonitored attorney-client conversations;

(b) preventing further interrogations of Numan Al-Kaby while this litigation is pending, and

(c) directing the Respondents to allow Numan Al-Kaby to be present, in person or telephonically, at any and all hearings on the petition for a writ of habeas corpus.

3.    The federal habeas corpus statute, 28 U.S.C. § 2243, states: "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless

it appears from the application that the applicant or persons detained is not entitled thereto." The statute further provides that the order to show cause " shall be returned within three days, unless for good cause additional time, not exceeding twenty days is allowed. " Under the statute, a hearing must be granted " not more than five days after the return unless for good cause additional time is allowed. "

    4.    As described in the accompanying Petition, Numan Al-Kaby has been detained and imprisoned by the United States military for over four months, despite the fact that on July 4, 2005 a military court determined that Mr. Al-Kaby is an "Innocent Civilian" under the Geneva Conventions who should be immediately released. He has been detained without notice of any charges, and without any representation whatsoever. Immediate relief from this Court is thus essential in the form of an order for the government to show cause within 72 hours as to why the writ of habeas corpus should not be granted.

    5.    Additionally, this Court should grant a Temporary Restraining Order allowing Mr. Al-Kaby's attorneys to meet with him immediately, halting further interrogation of Mr. Al-Kaby while this litigation is pending, and directing Respondents to make Mr. Al-Kaby available by telephone or in person at any hearing on the petition for a writ of habeas corpus.

/ / /

/ / /

/ / /

/ / /

This immediate action is essential to protect Mr. Al-Kaby's rights under the Fifth and Sixth Amendments to the United States Constitution.

Respectfully submitted,

Counsel for Petitioners:

Mark D. Rosenbaum
Ranjana Natarajan,
Ahilan T. Arulanantham
ACLU Foundation of Southern California
 1616 Beverly Boulevard
Los Angeles, California  90026
Tel:  (213) 977-9500, x224


Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C.  20036
Tel: (202) 457-0800

Kary L. Moss
Michael J. Steinberg
American Civil Liberties Union
 of Michigan
60 West Hancock Street
Detroit, MI  48201
Tel:  (313)578-6814

Steven R. Shapiro
Lucas Guttentag
Lee Gelernt
Ben Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, New York  10004
Tel: (212) 549-2500

Erwin Chemerinsky
Duke University School of Law
Science Drive & Towerview Road
Durham, North Carolina 27708
Tel: (919) 613-7173

                                    Paul Hoffman,
                                    Schonbrun, DeSimone, Seplow, Harris &
                                        Hoffman
                                    723 Ocean Front Walk
                                    Venice, California  90291
                                    Tel: (310) 396-0731

August 31, 2005