**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) | |
| Petitioners, | | |
| v. | | No. 05-1739 (JR) |
| GEORGE W. BUSH, *et al.*, | | |
| Respondents. | | |

**RESPONDENTS' NOTICE OF APPEARANCE OF ORI LEV AND EDWARD H. WHITE**

     PLEASE TAKE NOTICE that Ori Lev and Edward H. White hereby enter their appearances as counsel for Respondents George W. Bush, Donald Rumsfeld, and Francis J. Harvey in the above-captioned case.

     Mr. Lev's and Mr. White's contact information is listed below:

| | |
|---|---|
| Ori Lev | Edward H. White |
| U.S. Department of Justice | U.S. Department of Justice |
| Civil Division, Federal Programs Branch | Civil Division, Federal Programs Branch |
| 20 Massachusetts Ave. N.W., Rm. 7330 | 20 Massachusetts Avenue N.W., Room 6110 |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| Tel: (202) 514-2395 | Tel: (202) 514-5108 |
| Fax: (202) 318-7589 | Fax: (202) 318-4268 |
| email: ori.lev@usdoj.gov | email: ned.white@usdoj.gov |
| D.C. Bar No. 452565 | D.C. Bar No. 468531 |

Dated: September 1, 2005                Respectfully submitted,

                                                    PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney


/s/ Ori Lev & Edward H. White
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
ORI LEV (D.C. Bar No. 452565)
EDWARD H. WHITE (D.C. Bar No. 468531)
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
email: ned.white@usdoj.gov

Attorneys for Respondents