IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 05-1739 (JR) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' NOTICE OF APPEARANCE OF ORI LEV AND EDWARD H. WHITE**

PLEASE TAKE NOTICE that Ori Lev and Edward H. White hereby enter their appearances as counsel for Respondents George W. Bush, Donald Rumsfeld, and Francis J. Harvey in the above-captioned case.

Mr. Lev's and Mr. White's contact information is listed below:

Ori Lev
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W., Rm. 7330
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 318-7589
email: ori.lev@usdoj.gov
D.C. Bar No. 452565

Edward H. White
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
email: ned.white@usdoj.gov
D.C. Bar No. 468531

Dated: September 1, 2005                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            KENNETH L. WAINSTEIN
                                            United States Attorney


                                            /s/ Ori Lev & Edward H. White
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            ORI LEV (D.C. Bar No. 452565)
                                            EDWARD  H. WHITE (D.C. Bar No. 468531)
                                            Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W.  Room 6110
                                            Washington, D.C. 20530
                                            Tel: (202) 514-5108
                                            Fax: (202) 318-4268
                                            email: ned.white@usdoj.gov

                                            Attorneys for Respondents