UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, <br><br>     Petitioners, <br><br>   v. <br><br> GEORGE W. BUSH*, et al.*, <br><br>     Respondents. | No. 05-cv-1739 (HHK) |

**NOTICE OF FILING**
**(Declaration of Eman Al-Kaby)**

    Plaintiffs file herewith, as additional support for their petition and their motion to show cause, the Declaration of Eman Al-Kaby (who is the sister of petitioner Numan Al-Kaby), which arrived yesterday from Baghdad.

    Respectfully submitted,

    _____
    Arthur B. Spitzer  (D.C. Bar No. 235960)
    American Civil Liberties Union
      of the National Capital Area
    1400  20th Street, N.W.
    Washington, D.C. 20036
    (202) 457-0800

    Counsel for Petitioners

September 2, 2005