## DECLARATION OF EMAN AL-KABY

I, Eman Al-Kaby, hereby declare:

1. I am a thirty-year old citizen of Iraq, and I live in Baghdad. Numan Al-Kaby is my brother.

2. I know how to read, write and speak English as well as Arabic. I am an English teacher at a secondary school for girls in Baghdad.

3. We have several brothers and sisters in my family, and Numan is our eldest living brother. We had one brother older than Numan who died in the Iran-Iraq War, so we all think of Numan as our elder brother.

4. Numan left Iraq almost fifteen years ago. When he left, he was scared for his life because of the failed Shiite uprising of 1991, after which Saddam was hunting down Shiites in southern Iraq. Numan has lived in America for a very long time. Since he left Iraq, Numan did not come back to Iraq, even to visit, for fear of his life. For many years, we had very little contact with him after he fled from Iraq. In July 2004, after Saddam was caught and arrested, Numan finally came to Iraq. My parents and my brothers and sisters and I were very happy to see Numan at last. We cried because we were so happy to see him after almost fifteen years. We greeted him with joy.

5. After Numan came to Iraq, our family arranged for him to get married in August 2004. After he got married, he opened a small cosmetics shop in an area of Baghdad called Al Haswa. The shop was open for three to four months, and then he closed it. After that, in January 2005 he worked for the American military as a translator. He quit after two weeks because he did not like going into other Iraqis' homes with the military.

6. After that, Numan started working as a foreman for an American company that was fixing water pipes. His office was located at a place called "Indian Camp," according to his

1

ID badge. He was working as a foreman, and he liked the job. The American company that he worked for also owned restaurants in the same area. A lot of people had heard that Numan spoke English and had asked him to help them find jobs. Numan got a lot of people jobs in construction and at the restaurant, working for the same American company. He knew that people needed jobs, and so he was trying to help them.

7. Numan also helped people in the community by putting his English ability and his knowledge of America to use. In March 2005, Numan helped the local community get water pipes fixed. There are about ten thousand families in the area called Al Haswah, and the water pipes for all the families had broken. People were drinking very dirty water and no one had agreed to fix the pipes. Numan decided to help, so he went around to all the American offices to talk to people about getting the pipes fixed. He went to many offices, and after talking to the Americans, he was able to get them to put in new pipes for the area. Everyone was very happy when the pipes were replaced because the new drinking water was very clean, and lots of people thanked Numan for his efforts. Numan also had plans to try to get a park built for the children.

8. After he had worked with this American company for two months, Numan went to work one day and did not come home. This was on April 6, 2005. We found out from a distant cousin who also worked at the place where Numan worked that Numan had been arrested that day and put in jail by the American military.

9. Our cousin told us that Numan was arrested by the American military when he went to his place of work. The soldiers had looked for him, found him, and arrested him. Our cousin had asked the soldiers why they were arresting him, but they refused to answer him. The whole family was shocked to hear that Numan had been arrested because we know that he would never be involved in doing harm to anyone. Our cousin did not know where the American soldiers took him.

10. After his arrest, my husband and his brothers went to see the head manager of the American company for whom Numan had worked. My husband asked why Numan had been arrested, and where he was. The head manager said that this was all information that he did not have, and that Numan was a good employee, and he would be found innocent and released very soon. My husband went to the head manager many times, again and again, to see if there was any news about Numan, but he never got any information. When the U.S. military arrests someone, it is almost impossible to find out any details.

11. Since he was arrested in April, our family has not seen Numan. We know that if he were let out, he would have come home immediately, so we are sure that he is still in jail. We have come to learn that the Americans suspected him of doing something with terrorists, but we know that could not be true because Numan is peaceful and he supports the Americans here.

12. In the almost five months since his arrest, we got only two or three short phone calls from Numan, and he sent two letters. When he talked to my family members on the phone, he said that he was innocent, that he had not done anything wrong, and that he did not know why he was in jail. He said that he hoped to be out very soon, that he did not want us worry, and that he missed us all very much.

13. Numan wrote two letters that came to us through the International Committee of the Red Cross. From the envelope, we saw that Numan is in jail at a place called Camp Coopper. In his letters, Numan wrote that he is innocent, that he did not know why he was still in jail, that he missed our family and wished he could see us. We got the most recent letter only three weeks ago, but it was written long back. In the letter, he encouraged the family to stay strong, and said that God is watching and hopefully he would be released soon.

14. In July 2005, an American man named Cyrus, who had been in jail with Numan at Camp Coopper, called our family. He told me that he had become friends with Numan in jail,

that both he and Numan were found to be innocent, and that he had been released. He said that he thought Numan would be out soon too because the American military said they believed that Numan he was innocent.

15. Numan is a very kind person. He treats people very nicely, and he would not do anything bad to anyone. I have known my brother Numan since I was born, and I know that he is a good person. He would never be involved in any terrorism or anything that harms other people. He is innocent, and I think the Americans should let him out of jail. Our whole family, including Numan, hated the government of Saddam, and we are very happy that Saddam is finally gone. We all support the effort to rebuild Iraq with a better government. Numan wanted to help rebuild this country, and he would never do anything to hurt the new government or the rebuilding effort.

16. After being away from the family for so many years, it is very sad that Numan is separated from us once again. We know that Numan would never harm anyone. If he has been found innocent, I don't know why he is still in jail. My family is very worried, and we want Numan to come out of jail and be safe at home with us.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true. Executed this 31 day of August 2005 in Baghdad, Iraq.

_____
Eman Al-Kaby