UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | No. 05-cv-1739 (HHK) |

### UNOPPOSED MOTION FOR ADMISSION, *PRO HAC VICE,* OF ADDITIONAL COUNSEL FOR PETITIONERS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Mark D. Rosenbaum and Ranjana Natarajan (of the American Civil Liberties Union of Southern California), and Paul L. Hoffman (of the law firm of Schonbrun DeSimone Seplow Harris and Hoffman, Venice, California), as additional counsel for the petitioners in this case.

The declaration of each of these attorneys, as required by Local Civil Rule 83.2(d), is filed herewith.

Counsel for the respondents has indicated that this motion will not be opposed.

A proposed order is filed herewith.

Respectfully submitted,

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

September 2, 2005                                Counsel for Petitioners