IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*<br><br>Respondents. | No. 05-cv-1739 (JR) |

DECLARATION OF MARK D. ROSENBAUM

Pursuant to Local Rule 83.2(d), I, Mark D. Rosenbaum, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1) My full name is Mark Dale Rosenbaum.

2) I am Legal Director at the ACLU Foundation of Southern California. My office is located at 1616 Beverly Blvd., Los Angeles, California 90026, Tel: (213) 977-9500, ext. 224, Fax: (213) 250-3919.

3) I was admitted to the California bar in 1974 and remain a member in good standing. I am a member of the bars of the following courts:

    a.    U.S. Supreme Court;

    b.    U.S. Court of Appeals for the Ninth Circuit;

    c.    U.S. District Court for the Central District of California;

    d.    U.S. District Court for the Eastern District of California;

    e.    U.S. District Court for the Northern District of California;

  f. Supreme Court of California;

  g. U.S. Court of Military Appeals.

4) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5) Within the last two years, I have been admitted *pro hac vice* in this Court once, in the case *Kar, et al. v. Bush, et al.*, No. 05-cv-1348 (JR).

6) I do not engage in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 31 day of August, 2005 in Los Angeles, California.

                  _/s/ Mark D. Rosenbaum_
                  Mark D. Rosenbaum