IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | No. 05-CV- 1739 (JR) |

**DECLARATION OF PAUL L. HOFFMAN**

Pursuant to Local Rule 83.2 (d), I, Paul L. Hoffman, submit this declaration in support of my application to leave to appear and practice in this case *pro hac vice*.

1. My full name is Paul Lindsey Hoffman

2. I am Partner at the firm of Schonbrun DeSimone Seplow Harris and Hoffman. My is located at 723 Ocean Front Walk, Venice, CA 90291, Tel: (310)-396-0731, Fax: 310-399-7040.

3. I was admitted by examination to the California bar in December 1976 and remain a member in good standing. I am a member of the following courts:

    a.    U.S. Supreme Court;

    b.    U.S. Courts of Appeals for the Second, Seventh, Ninth and Eleventh Circuits;

    c.    U.S. District Court for the Central District of California;

    d.    U.S. District Court for the North District of California

4. I am a member of the bar in good standing in every jurisdiction where I have been

admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this court within the last two year.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I certify under the penalties of perjury that the foregoing is true.

Executed this 1st day of September, 2005

                                                                         Paul Lindsey Hoffman