UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*,<br><br>      Petitioners,<br><br>   v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>      Respondents. | No. 05-cv-1739 (HHK) |

**ORDER**

Upon consideration of the motion for the admission, *pro hac vice*, of additional counsel for the petitioners, it is, this _____ day of September, 2005, hereby

ORDERED that the motion is granted and Mark D. Rosenbaum, Ranjana Natarajan and Paul L. Hoffman are hereby admitted *pro hac vice*.

                                                              _____
                                                              Henry H. Kennedy
                                                              United States District Judge