UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NUMAN ADNAN AL-KABY**<br><br>Plaintiff,<br><br>v.<br><br>**GEORGE W. BUSH, et. al.,**<br><br>Defendants. | Civil Action 05-01739 (HHK) |

**ORDER TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT ISSUE**

Upon consideration of Petitioners' Motion for an Order to Show Cause Why A Writ of Habeas Corpus Should Not Issue, and Petitioners' Application for a Temporary Restraining Order, the declarations and exhibits in support thereof, and all arguments presented, it is on this 2nd day of September, 2005, hereby

**ORDERED**, that Petitioners' Motion for an Order to Show Cause Why a Writ of Habeas Corpus Should Not Issue is **GRANTED**; and it is further

**ORDERED** that pursuant to 28 U.S.C. § 2243, the respondents are ordered to show cause in a submission that shall be filed by no later than 12:00 noon on September 6, 2005, why a writ of habeas corpus releasing Numan Adnan Al-Kaby from respondents' custody should not issue, and it is further

**ORDERED**, that respondents shall appear in this Court on September 8, 2005 at 2:00 p.m.,. to show cause why a writ of habeas corpus should not issue.

Henry H. Kennedy, Jr.
United States District Judge