UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NUMAN ADNAN AL-KABY**<br><br>Plaintiff,<br><br>v.<br><br>**GEORGE W. BUSH, et. al.,**<br><br>Defendants. | Civil Action 05-01739 (HHK) |

**O R D E R**

The court hereby **VACATES** its minute order granting respondents' emergency motion for reconsideration of the dates set forth in its order to show cause. The minute order was docketed in error as the court intended to grant petitioners' unopposed motion for admission, pro hac vice, of additional counsel for petitioners (#7). Accordingly, it is this 2nd day of September, 2005, hereby,

**ORDERED,** the court's minute order granting respondents' emergency motion for reconsideration of the dates set forth in the court's order to show cause is **VACATED,** and it is further

**ORDERED**, that petitioner's response, if any, to t respondent's motion for reconsideration shall be docketed by no later than 12 noon on September 4, 2005, and it is further

**ORDERED**, that petitioner's motion to permit Mark D. Rosenbaum to appear pro hac vice is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge