IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | No. 05-1739 (HHK) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

### RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE

Respondents hereby submit this response to the Court's September 2, 2005 Order to Show Cause Why Writ of Habeas Corpus Should Not Issue. Petitioner Numan Adnan Al-Kaby, on whose behalf his purported next friends filed a Petition for Writ of Habeas Corpus, is not in United States custody. An initial determination by military authorities to recommend Al-Kaby's release from custody was made on July 4, 2005. Declaration of James M. Coyne, ¶ 2 (attached as Exhibit A). Subsequently, and before his release was effectuated, new factual information that was deemed relevant to the determination of Al-Kaby's status was received by the military authorities. Id., ¶ 3. Following an investigation into that new information, military authorities recommended Al-Kaby's release from custody on September 2, 2005. Id. Upon the approval of General Casey, Al-Kaby's release was thereafter fully effectuated without condition on September 6, 2005. Id., ¶ 4. Because Petitioner Al-Kaby has been released and is not in the custody of Respondents there is no basis for issuing a writ of habeas corpus. See 28 U.S.C. § 2241(c)(3) (providing that a writ of habeas corpus may be granted to a prisoner who "is *in custody* in violation of the Constitution or laws or treaties of the United States") (emphasis

added); Preiser v. Rodriguez, 411 U.S. 475, 484 (1973) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody"); Almurbati v. Bush, 366 F. Supp. 2d 72, 78-79 (D.D.C. 2005) (Walton, J.) (stating that "[t]he ultimate objective of a habeas petition is release from custody").

For these reasons, a writ of habeas corpus should not issue and the Petition should be dismissed.

| | |
|---|---|
| Dated: September 6, 2005 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | KENNETH L. WAINSTEIN<br>United States Attorney |
| | /s/ Ori Lev & Edward H. White<br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>ORI LEV (D.C. Bar No. 452565)<br>EDWARD H. WHITE (D.C. Bar No. 468531)<br>Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.  Room 6110<br>Washington, D.C. 20530<br>Tel: (202) 514-5108<br>Fax: (202) 318-4268<br>email: ned.white@usdoj.gov |
| | Attorneys for Respondents |