IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NUMAN ADNAN AL-KABY, et al.,

        Petitioners,

v.

GEORGE W. BUSH, et al.,

        Respondents.

No. 05-1739 (HHK)

## DECLARATION OF JAMES M. COYNE

I, Colonel James M. Coyne, Staff Judge Advocate, Multi-National Force-Iraq, pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

1. I currently serve as the Senior Legal Advisor to the Commander and staff of Multi-National Force-Iraq (MNF-I). My duties include providing legal advice to Commanders and Staffs of Echelons Above Corps (EAC) elements on all legal issues. I supervise 11 attorneys, one Legal Administrator, and five non-commissioned officers in the provision of legal services to a four star joint and combined command, as well as provide technical supervision over the legal support and advice provided throughout the Multi-National Force. I make these statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. On July 4, 2005, following a review of the detention status of Numan Adnan Al-Kaby, military authorities determined to recommend that Mr. Al-Kaby be released from custody.

3. MNF-I then received new factual information that was deemed relevant to the

determination of Mr. Al-Kaby's status. Following an investigation into that information, military authorities again reviewed Mr. Al-Kaby's detention status and on September 2, 2005, recommended that Mr. Al-Kaby be released from custody.

4. This recommendation was thereafter approved by General George W. Casey, Jr., and Mr. Al-Kaby was released from custody without condition on September 6, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2005.

_____
JAMES M. COYNE
Colonel. U.S. Army
Staff Judge Advocate,
Multi-National Force-Iraq