# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NUMAN ADNAN AL-KABY

           **Petitioner,**

    **v.**

GEORGE W. BUSH, et. al.,

           **Respondents.**

**Civil Action 05-01739 (HHK)**

## ORDER

Respondents have notified this court that Petitioner has been released from custody without condition. Accordingly, it is this 7th day of September, 2005, hereby

**ORDERED** that the hearing scheduled for September 8, 200, at 2:00 p.m. for respondents to show cause why a writ of habeas corpus should not issue is cancelled; and it is further

**ORDERED** that by no later than September 12, 2005, Petitioner shall show cause in writing why this action should not be dismissed.

                         Henry H. Kennedy, Jr.
                         United States District Judge