UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NUMAN ADNAN AL-KABY, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

No. 05-cv-1739 (JR)

**ORDER**

Upon consideration of Petitioners' motion for an extension of time to show cause why the Petition should not be dismissed, it is hereby

ORDERED, that the motion is granted and Petitioners shall have until October 3, 2005, to show cause why the Petition should not be dismissed.

Dated:  September \_\_\_\_, 2005

_____
James Robertson
United States District Judge