UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NUMAN ADNAN AL-KABY, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

No. 05-cv-1739 (JR)

**NOTICE OF FILING**
**(Corrected Declaration of Ranjana Natarajan)**

    Respondents point out, at footnote 1 of their opposition to petitioners' motion for an extention of time in which to respond to the order to show cause, that the Declaration of Ranjana Natarajan, filed yesterday with petitioners' motion, is missing a page.

    Petitioners file herewith a complete copy of the Natarajan declaration, with apologies to the Court and to respondents' counsel for the omission.

    Respectfully submitted,

_____
Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C.  20036
Tel: (202) 457-0800

One of Counsel for Petitioners

September 13, 2005