UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | No. 05-cv-1739 (JR) |

**Notice of Filing**
**(Declaration of Ranjana Natarajan)**

Petitioners file herewith the Declaration of Ranjana Natarajan in support of their Reply in support of their pending motion for an extension of time.

Respectfully submitted,

_____
Arthur B. Spitzer
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
Tel: (202) 457-0800

One of Counsel for Petitioners

September 14, 2005