## DECLARATION OF RANJANA NATARAJAN

I, Ranjana Natarajan, hereby declare:

The facts stated in this declaration are based upon my personal knowledge and if called to testify I could and would do so competently as follows:

1. I am counsel to Petitioner Numan Al-Kaby in this petition for a writ of habeas corpus, and as such, I am familiar with the facts and legal issues herein.

2. On September 9, 13, and 14, 2005, I tried numerous times to contact Mr. Al-Kaby by telephone. Despite over a dozen attempts to contact him, I have been unable to reach Mr. Al-Kaby. I have received recorded messages that the phone lines are not currently working numerous times. I have also written to Mr. Al-Kaby by email, and I have not received a response. I am continuing to try to reach him.

3. When I last spoke to Mr. Al-Kaby on September 8, 2005, he indicated that he would go to the U.S. embassy in Baghdad to try to renew his travel documents, although he was convinced that it would not be possible to do so without the government's help. I have not been able to talk to Mr. Al-Kaby about this issue since that time because of telephone problems.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of September 2005 in Los Angeles, California.

_RNatarajan_
Ranjana Natarajan