UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NUMAN ADNAN AL-KABY,** *et al.,*<br><br>    Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>    Respondents. | No. 05-cv-1739 (HHK) |

**JOINT MOTION FOR AN EXTENSION OF TIME FOR PETITIONERS
TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED**

Petitioners filed the instant Petition for a writ of habeas corpus on August 31, 2005. On September 6, 2005, petitioner Numan Al-Kaby was released from custody in Iraq. By order of September 16, 2005, the Court ordered petitioners to show cause why the Petition should not be dismissed on or before October 3, 2005.

Petitioners and respondents hereby jointly move for an extension of time for petitioners to show cause why the Petition should not be dismissed. The parties believe that the additional time will provide an opportunity for the parties to determine if this matter can be resolved without further proceedings. Therefore, in light of the above, the parties jointly request that the Court grant petitioners an extension to November 1, 2005, to show cause why the Petition should not be dismissed.

Dated: October 3, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

1

VINCENT M. GARVEY
Deputy Branch Director


/s/ Ori Lev
ORI LEV (D.C. Bar No. 452565)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 7330
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 318-7589
email: ori.lev@usdoj.gov

Attorneys for Respondents



Mark D. Rosenbaum
Ranjana Natarajan
Ahilan T. Arulanantham
ACLU Foundation of Southern California
 1616 Beverly Boulevard
Los Angeles, California  90026
Tel:  (213) 977-9500, x224


   /s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C.  20036
Tel: (202) 457-0800

Kary L. Moss
Michael J. Steinberg
American Civil Liberties Union
  of Michigan
60 West Hancock Street
Detroit, MI  48201
Tel:  (313)578-6814

Steven R. Shapiro
Lucas Guttentag
Lee Gelernt
Ben Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, New York  10004
Tel: (212) 549-2500

Erwin Chemerinsky
Duke University School of Law
Science Drive & Towerview Road
Durham, North Carolina 27708
Tel: (919) 613-7173

Paul Hoffman
Schonbrun, DeSimone, Seplow, Harris & Hoffman
723 Ocean Front Walk
Venice, California  90291
Tel: (310) 396-0731

Attorneys for Petitioners