UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NUMAN ADNAN AL-KABY, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

No. 05-cv-1739 (HHK)

**JOINT MOTION FOR A FURTHER EXTENSION OF TIME FOR PETITIONERS TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED**

Petitioners and respondents hereby jointly move for a further thirty day extension of time for petitioners to show cause why their petition should not be dismissed.

Petitioners filed the instant petition for a writ of habeas corpus on August 31, 2005. On September 6, 2005, petitioner Numan Al-Kaby was released from custody in Iraq. By order of September 16, 2005, the Court ordered petitioners to show cause on or before October 3, 2005, why the petition should not be dismissed.

On October 3, the parties jointly moved for an extension of time until November 1, to "provide an opportunity for the parties to determine if this matter can be resolved without further proceedings." The Court granted that motion on October 5.

The parties continue to believe that it may be possible to resolve this matter without further proceedings, but require additional time to see if such a result can be achieved. Progress toward that goal has been difficult both because of the unusual difficulties in communicating with individuals in Iraq and because of the nature of the issues involved in this case. The parties believe that an additional month will be sufficient, and therefore

1

request an extension of petitioners' time to respond to the Court's order to show cause to and including December 1, 2005. We hope to resolve the case before that date, and if we do so we will promptly notify the Court.

    A proposed order is filed herewith.

                                Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

                                KENNETH L. WAINSTEIN
                                United States Attorney

                                VINCENT M. GARVEY
                                Deputy Branch Director


                                /s/ Ori Lev
                                ORI LEV (D.C. Bar No. 452565)
                                Trial Attorney
                                U.S. Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Avenue, N.W. Room 7330
                                Washington, D.C. 20530
                                Tel: (202) 514-2395
                                Fax: (202) 318-7589
                                email: ori.lev@usdoj.gov

                                Attorneys for Respondents



                                Mark D. Rosenbaum
                                Ranjana Natarajan
                                Ahilan T. Arulanantham
                                ACLU Foundation of Southern California
                                1616 Beverly Boulevard
                                Los Angeles, California  90026
                                Tel:  (213) 977-9500, x224

   /s/ Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C.  20036
Tel: (202) 457-0800
Fax: (202) 452-1868
email: artspitzer@aol.com

Kary L. Moss
Michael J. Steinberg
American Civil Liberties Union
  of Michigan
60 West Hancock Street
Detroit, MI  48201
Tel:  (313) 578-6814

Steven R. Shapiro
Lucas Guttentag
Lee Gelernt
Ben Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, New York  10004
Tel: (212) 549-2500

Erwin Chemerinsky
Duke University School of Law
Science Drive & Towerview Road
Durham, North Carolina 27708
Tel: (919) 613-7173

Paul Hoffman
Schonbrun, DeSimone, Seplow, Harris
  & Hoffman
723 Ocean Front Walk
Venice, California  90291
Tel: (310) 396-0731

Attorneys for Petitioners