UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUMAN ADNAN AL-KABY, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | No. 05-cv-1739 (HHK) |

**ORDER**

Upon consideration of the parties' joint motion for a further extension of time to show cause why the petition for a writ of habeas corpus should not be dismissed, it is hereby

ORDERED, that the motion is granted and petitioners shall have until December 1, 2005, to show cause why the petition should not be dismissed.

Dated: November ____, 2005

_____
Henry H. Kennedy
United States District Judge