**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NUMAN ADNAN AL-KABY, *et al.,*** <br> **Petitioners,** <br> **v.** <br> **GEORGE W. BUSH*, et al.,*** <br> **Respondents.** | **No. 05-cv-1739 (HHK)** |

**JOINT MOTION FOR AN EXTENSION OF TIME FOR PETITIONER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED**

Petitioners and respondents hereby jointly move for a further sixty-day extension of time for petitioners to show cause why their petition should not be dismissed.

Petitioners filed the instant petition for a writ of habeas corpus on August 31, 2005. On September 6, 2005, petitioner Numan Al-Kaby was released from custody in Iraq. By order of September 16, 2005, the Court ordered petitioners to show cause on or before October 3, 2005, why the petition should not be dismissed.

On October 3, the parties jointly moved for an extension of time until November 1, to "provide an opportunity for the parties to determine if this matter can be resolved without further proceedings." The Court granted that motion on October 5.

On November 1, the parties again jointly moved for an extension of time until December 1, due in part to difficulties in communication with persons in Iraq, and in hopes of resolving this matter without further proceedings.

The parties continue to believe that it may be possible to resolve this matter without further proceedings. To that end, the government has proposed to attempt to facilitate the processing of Mr. Al-Kaby's entry into the United States, provided he is deemed admissible, and

has proposed a procedure for doing so. For various logistical reasons, the earliest that Mr. Al Kaby might be admitted to the United States is in the latter part of December. In light of this, as well as the upcoming holidays, the parties jointy request an extension of the petitioners' time to respond to the order to show cause, to and including February 1, 2006.

If the matter is resolved on or before February 1, 2006, the parties will promptly notify the Court.

A proposed order is filed herewith.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

/s/ Ori Lev
ORI LEV (D.C. Bar No. 452565)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7330
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 318-7589
email: ori.lev@usdoj.gov

Attorneys for Respondents

Mark D. Rosenbaum
Ranjana Natarajan
Ahilan T. Arulanantham
ACLU Foundation of Southern California

1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500, x224

/s/ Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
email: artspitzer@aol.com

Kary L. Moss
Michael J. Steinberg
American Civil Liberties Union
of Michigan
60 West Hancock Street
Detroit, MI 48201
Tel: (313) 578-6814

Steven R. Shapiro
Lucas Guttentag
Lee Gelernt
Ben Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Tel: (212) 549-2500

Erwin Chemerinsky
Duke University School of Law
Science Drive & Towerview Road
Durham, North Carolina 27708
Tel: (919) 613-7173

Paul Hoffman
Schonbrun, DeSimone, Seplow, Harris & Hoffman
723 Ocean Front Walk
Venice, California 90291
Tel: (310) 396-0731

Attorneys for Petitioners