UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NUMAN ADNAN AL-KABY,** *et al.,*<br><br>   Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.,*<br><br>   Respondents. | No. 05-cv-1739 (HHK) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion For An Extension Of Time For PetitionerS To Show Cause Why The Petition Should Not Be Dismissed, and all arguments presented therein, it is hereby

ORDERED, that the parties' Joint Motion is GRANTED; and it is further

ORDERED, that Petitioner is ordered to show cause, on or before February 1, 2006, why this petition for a writ of habeas corpus should not be dismissed.

Date: _____

_____
Henry H. Kennedy
United States District Judge